United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS GILBERT LAW,
Plaintiff,
v.
CARLA CORTES, et al.,
Defendants.

Case No. 26-cv-06940-JD

**ORDER RE DISMISSAL**

Pro se plaintiff Carlos Law filed a complaint against several individual defendants, Dkt. No. 1, and asks to proceed in forma pauperis (IFP), Dkt. No. 2. The request is denied, and the case is dismissed without prejudice.

IFP requests are evaluated under 28 U.S.C. § 1915, and the first question is whether Law's financial status excuses payment of the court's filing fee. Law provided virtually no information about his financial situation, and did not respond to most of the questions in the application form. The IFP application is denied for that shortcoming.

The next question is whether the complaint is sufficient to stand, and the answer is no. The Court may "at any time" dismiss an IFP complaint that fails to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B). The standard is the same as under Federal Rule of Civil Procedure 12(b)(6). *Watison v. Carter*, 668 F.3d 1108, 1112 (9th Cir. 2012). As a pro se plaintiff, Law gets a liberal construction of his complaint and the benefit of any doubts, but he still must satisfy the requirements of Rule 8 and state facts sufficient to allege a plausible claim. *Nguyen Gardner v. Chevron Capital Corp.*, No. 15-cv-1514-JD, 2015 WL 12976114, at *1 (N.D. Cal. Aug. 27, 2015).

United States District Court
Northern District of California

The complaint is dismissed for lack of federal subject matter jurisdiction. In barebones fashion, Law alleges that a California state "parolee" broke into his hotel room and robbed him. Nothing in the complaint establishes federal jurisdiction.

Because the jurisdiction shortfall cannot be remedied in any way, further amendment would serve no purpose. The case is dismissed.

**IT IS SO ORDERED.**

Dated: July 31, 2026

JAMES DONATO
United States District Judge